UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FOGARTY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JANE DOE, )<br>)<br>Defendant. )<br>) | Case: 1:07-cv-02104-JDB |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(3), Plaintiff Michael Fogarty files this Notice of Voluntary Dismissal dismissing this action without prejudice against Defendant Jane Doe.

Respectfully submitted,

J. Douglas Baldridge (DC Bar #437678)
Venable LLP
575 7th Street, NW
Washington, DC  20004
202-344-4703 Telephone
202-344-8300 Facsimile
jdbaldridge@venable.com

*Counsel for Plaintiff Michael Fogarty*